# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

| | | |
|---|---|---|
| COREY CHARLES SCOTT, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:16-cv-55 |
| | * | |
| v. | * | |
| | * | |
| CAMDEN COUNTY JAIL; SHERIFF JIM | * | |
| PROCTOR; SERGEANT ERIC WATSON; | * | |
| and PAROLE OFFICER KYLE GRIMES, | * | |
| | * | |
| Defendants. | * | |

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's June 22, 2016 Report and Recommendation, dkt. no. 8, to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED** as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint and **DENIES** Plaintiff leave to appeal *in forma pauperis*. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

SO ORDERED, this 19 day of July, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA